IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

LUCINDA MOORE,

        Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

Case No. 3:08-cv-00261-TMB

## JUDGMENT OF DISMISSAL

This matter having come before the court on the Stipulation of the parties;

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above referenced matter is hereby dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

DATED this 20th day of May, 2009.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE